

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-16-00188-CR

Pablo **ALFARO-JIMENEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9248
The Honorable Jefferson Moore, Judge Presiding

## O R D E R

Debra Doolittle's notification of late record is hereby granted. The reporter's record is due July 20, 2016. Further requests for extension will be disfavored.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2016.

Keith E. Hottle
Clerk of Court